# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Priority ✓
Send
Enter ✓
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

SCANNED

| Case No. | CR01-1346-SVW | Date | July 23, 2004 |
|---|---|---|---|

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter   N/A

| Paul M. Cruz | N/A | Sharon K. McCaslin (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Miriam Simos | Not | | | William M. Simpich | Not | | X |

**Proceedings:**   IN CHAMBERS

The Court, having read and considered government's Motion to Dismiss Appeal for Failure to Prosecute, filed June 22, 2004, hereby GRANTS the government's motion.

ENTER ON ICMS
JUL 2 6 2004
Initials of Deputy Clerk

cc: USM
    USPO
    Pretrial Services